LEON LAUB v. THE BOROUGH OF RAMSEY.

July 8, 1980.

Petition for certification denied.

BOROUGH OF KINNELON v. SMOKE RISE OF KINNELON, NEW JERSEY, A NEW JERSEY CORPORATION.

July 8, 1980.

Petition for certification denied.   (See 172 *N.J.Super.* 216)

MAURICE G. COYLE v. HUNTERDON MEDICAL CENTER.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY LEE JONES.

July 8, 1980.

Petition for certification denied.